# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  DANNY M. KERN  
3002 GRANT PARK BLVD.   SSN-xxx-xx-1097   Case Number: 06-70357  
ROCKFORD, IL  61109

|  |  |
|---|---|
| Case filed on: | 3/16/2006 |
| Plan Confirmed on: | 8/15/2006 |

D Dismissed

Total funds received and disbursed pursuant to the plan: $2,375.08          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 141.75 | 141.75 | 141.75 | 0.00 |
|  | Total Administration | 141.75 | 141.75 | 141.75 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 1,800.00 | 1,800.00 | 1,401.44 | 0.00 |
|  | Total Legal | 1,800.00 | 1,800.00 | 1,401.44 | 0.00 |
| 999 | DANNY M. KERN | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | BENEFICIAL ILLINOIS INC | 1,294.45 | 691.55 | 691.55 | 0.00 |
|  | Total Secured | 1,294.45 | 691.55 | 691.55 | 0.00 |
| 002 | CAPITAL ONE BANK (USA) NA | 3,093.31 | 3,093.31 | 0.00 | 0.00 |
| 003 | COMMONWEALTH EDISON COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | CREDIT PROTECTION ASSOCIATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | CREDITORS PROTECTION SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | SWEDISH AMERICAN HOSPITAL | 426.82 | 426.82 | 0.00 | 0.00 |
| 007 | FIFTH THIRD BANK | 2,514.77 | 2,514.77 | 0.00 | 0.00 |
| 008 | ECAST SETTLEMENT CORPORATION | 1,710.01 | 1,710.01 | 0.00 | 0.00 |
| 009 | HSBC NV | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | MERCHANTS CREDIT GUIDE CO. | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | MUTUAL MANAGEMENT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | NICOR GAS | 580.36 | 580.36 | 0.00 | 0.00 |
| 013 | PHYSICIANS IMMEDIATE CARE | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | SBC | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | NICOR GAS | 580.36 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 8,905.63 | 8,325.27 | 0.00 | 0.00 |
|  | Grand Total: | 12,141.83 | 10,958.57 | 2,234.74 | 0.00 |

Total Paid Claimant:     $2,234.74  
Trustee Allowance:       $140.34        Wherefore, your petitioner prays that a final Decree be entered  
Percent Paid Unsecured:    0.00         discharging the trustee and the trustee's surety from any and all  
liablility on account of the within proceedings, and closing the estate,  
and for such other relief as is just.  Pursuant to FRBP, I hereby  
certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 03/26/2009            By   /s/Heather M. Fagan